# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1477
LT Case No. 2021-CF-007729-A

_____

KHIALIF JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Matthew J. Metz, Public Defender, and Ryan M. Belanger,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Kristie Regan,
Assistant Attorney General, Tallahassee, for Appellee.

May 14, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, JAY, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————